AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Brown | ) | Case No. 3:18-mj-599 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Brown,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 841(a)(1) and (b)(1)(B) and 846 — Attempted possession with intent to distribute 500 grams or more of Cocaine, a Schedule II controlled substance

Date: 08/30/2018

*Issuing officer's signature*

City and state: Dayton, Ohio

Michael J. Newman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8-30-18, and the person was arrested on *(date)* 8-31-18
at *(city and state)* _____

Date: 8-31-18

*Arresting officer's signature*

BRAD M DORMAN, US POSTAL INSPECTOR
*Printed name and title*