IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18 MJ 599 |
| Plaintiff, | : | |
| v. | : | |
| MICHAEL BROWN, | : | |
| Defendant. | : | |

## WAIVER OF TIMELY INDICTMENT/INFORMATION

I, MICHAEL BROWN, the above named defendant, who made an initial appearance before the Court on August 31, 2018, and who is accused by a Complaint filed herein on August 30, 2018, of "Attempted possession with intent to distribute 500 grams or more of Cocaine, a Schedule II controlled substance," in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B), being advised of the nature of the charges and of my rights, do hereby waive, with the advice of my counsel, the thirty (30) day period within which an indictment or information relative to the above-referenced charges must be filed pursuant to 18 U.S.C. § 3161(b). This waiver is also for an additional thirty (30) day period commencing on the date when the indictment or information must have been filed, namely, September 30, 2018. Accordingly, this waiver of the time period within which an indictment or information relative to the charges in this matter must be filed extends up to and including October 30, 2018.

This Waiver is made and executed in conjunction with, and support of, the accompanying Motion for Order Extending Time to File Indictment/Information. By signing this Waiver below, I acknowledge that I understand this Waiver and accompanying Motion and have read

and discussed their contents with my attorney, that I agree with and consent to the filing of this Waiver and the accompanying Motion with this Court, that there will be no in-court appearance or hearing regarding this Waiver or the accompanying Motion, that no threats or promises have been made to get me to sign this Waiver, and that I have signed this Waiver knowingly, intelligently, and voluntarily, of my own free will.

Date: 9-24-18

MICHAEL BROWN

    I am Michael Brown's attorney. By signing below, I acknowledge that I have carefully discussed this Waiver and the accompanying Motion for Order Extending Time to File Indictment/Information with my client, that I have fully advised my client of the nature of the charges in this matter, his rights, and the consequences of entering into this Waiver and making the accompanying Motion, that my client expressed agreement with and consented to the filing of this Waiver and the accompanying Motion with this Court, and that to my knowledge, my client's decision to execute this Waiver is knowing, intelligent, and voluntary, of his own free will.

Date: 9.24.18

NICHOLAS G. GOUNARIS, ESQ.
Attorney for Defendant